# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER BURNETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. MEYST, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-01694-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQEUST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEO CONFERENCE<br><br>[ECF No. 21] |

　　　　Plaintiff Ester Burnett is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On August 29, 2014, Defendants filed a request to conduct Plaintiff's deposition via video conference.

　　　　Defendants submit that Plaintiff is incarcerated at High Desert State Prison, located in Susanville, California, approximately 219 miles from the Attorney General's Office in Sacramento, California. Defendants have reserve video conference facilities at Plaintiff's place of incarceration to take to take the deposition on September 24, 2014, at 10:00 a.m.

///

///

///

///

1

1    Good cause having been presented to the Court, Defendants' request to take Plaintiff's
2  deposition by video conference is GRANTED.
3
4  IT IS SO ORDERED.
5  Dated:    **August 29, 2014**
6                                                              UNITED STATES MAGISTRATE JUDGE