# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER BURNETT,<br><br>        Plaintiff,<br><br>    v.<br><br>J. MEYST, et al.,<br><br>        Defendants. | Case No.: 1:12-cv-01694-SAB (PC)<br><br>ORDER DENYING DEFENDANTS' REQUEST TO VACATE THE SETTLEMENT CONFERENCE SCHEDULED FOR NOVEMBER 13, 2015<br><br>[ECF No. 39] |

Plaintiff Ester Burnett is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 10, 2015, Defendants filed a request to vacate the settlement conference scheduled for November 13, 2015, at 11:00 a.m. Defendants' request is DENIED, and the Court HEREBY ORDERS that a Supervising Deputy Attorney General be physically present at the settlement conference or available by telephone during the conference.

IT IS SO ORDERED.

Dated: __November 10, 2015__

                                  UNITED STATES MAGISTRATE JUDGE

1