# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTER BURNETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. MEYST, et al.,<br><br>　　　　　Defendants. | Case No.: 1:12-cv-01694-AWI-SAB (PC)<br><br>ORDER VOLUNTARILY DISMISSING ACTION WITH PREJUDICE PURSUANT TO PARTIES' STIPULATION<br><br>[ECF No. 44] |

　　　Plaintiff Ester Burnett is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On November 18, 2015, the parties submitted a stipulation to voluntarily dismiss the action with prejudice. Accordingly, the instant action is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and each party is to bear its own costs.

IT IS SO ORDERED.

Dated:  November 25, 2015                    _____
　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

1